AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida



FILED by ___ D.C.

DEC 0 4 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| FERNANDO ACUNA SALGADO, | ) | Case No. 18-8503-WM |
| and | ) | |
| TERRA JEAN MILLER, | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __12/01/2017 - 12/04/2018__ in the county of __PALM BEACH__ in the __SOUTHERN__ District of __Florida, and elsewhere__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC §§ 841(a)(1), 841(b)(1)(A) & 846 | Conspiracy to Possess with Intent to Distribute Five (5) Kilograms or More of a Mixture and Substance Containing Cocaine, a Schedule II Controlled Substance |

This criminal complaint is based on these facts:

PLEASE SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Daniel Richichi, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/04/2018

*Judge's signature*

City and state: West Palm Beach, Florida — Hon. William Matthewman, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT
Case No. 18-8503-WM

Your affiant, Daniel Richichi (the "Affiant"), first being duly sworn, does hereby depose and state as follows:

1.  I am employed as a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI) and have been so employed since December 2008. During that time, I have received training through the HSI training program at Glynco, Georgia, and I have conducted numerous investigations pertaining to the smuggling of narcotics, bulk cash and humans into the United States. Before joining HSI, I was an Officer with the DHS, U.S. Customs and Border Protection, for approximately five and a half years.

2.  This affidavit is submitted for the limited purpose of establishing probable cause to charge Terra MILLER and Fernando SALGADO with Conspiracy to Possess with Intent to Distribute Five (5) Kilograms or More of a Mixture and Substance Containing Cocaine Hydrochloride in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

3.  On December 4, 2018 agents executed a lawful federal search warrant at the residence of Terra MILLER and Fernando SALGADO located at 1627 Cynmar Dr., West Palm Beach, Florida 33409. Said search warrant expressly authorized law enforcement to search and seize, inter alia, illegal controlled substances such as Cocaine.

4.  Upon execution of the search warrant agents located 580 grams of Cocaine Hydrochloride (as confirmed by field test) within two bedrooms of the residence and Cocaine kilogram wrappers from three kilograms of Cocaine. Agents located seven plastic wrapped bundles of U.S. currency, some of which were concealed within food containers. A count of the

seven bundles totaled approximately $149,000.00 in U.S. currency. Additionally, agents located a box containing .40 ammunition in the kitchen pantry.

5. Your affiant notes that for approximately one-month agents have been conducting routine surveillance of the 1627 Cynmar Drive address. During these surveillances, and during the subsequent search warrant, agents noted that MILLER, SALGADO and their minor children were the only residents.

6. Agents advised SALGADO of his *Miranda* Rights, which he waived and agreed to be interviewed by agents. SALGADO stated for the past year he has been selling, on average, approximately one kilogram of Cocaine per month. SALGADO stated that he purchases the Cocaine in quarter, half and full kilograms at a time. SALGADO went on to state that he then sells the Cocaine in half-ounce and ounce quantities, which he does not cut, that is, adulterate to increase his profit margin.

7. Agents advised MILLER of her *Miranda* Rights, which she waived and agreed to be interviewed by agents. MILLER stated that several months ago, while looking for a television cord in a hutch in her home, that she came across a shoe box with what appeared to be drugs inside.

8. Wherefore, on the basis of the foregoing facts, your affiant submits that probable

cause exists to charge the defendants, TERRA MILLER and ENRIQUE SALGADO, with violations of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Respectfully submitted,

*[signature]*

Daniel Richichi
Special Agent
Homeland Security Investigations

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 4th DAY OF
DECEMBER 2018, AT WEST PALM
BEACH, FLORIDA.

*[signature]*

HON. WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name:   FERNANDO ACUNA SALGADO and TERRA JEAN MILLER

Case No.:   18-8503-WM

**Count # 1**

Conspiracy to Possess with Intent to Distribute Five (5) Kilograms or More of a Mixture and Substance Containing a Detectable Amount of Cocaine
Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), and 846

**Max. Penalty**:   Minimum ten (10) year to maximum life term of imprisonment; maximum fine of $ 10,000,000; five (5) years' to life term of supervised release: and, a $100.00 special assessment; Deportation or Removal from United States if Defendant is not a U.S. Citizen

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18-8504-WM

### BOND RECOMMENDATION

DEFENDANT: TERRA JEAN MILLER

PRETRIAL DETENTION is recommended

~~(Personal Surety) (Corporate Surety) (Cash)~~ (Pre-Trial Detention)

By: _____
AUSA: JOHN C. McMILLAN

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): HSI SA DANIEL RICHICHI
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 18-8504-WM

### BOND RECOMMENDATION

DEFENDANT: FERNANDO SALGADO

PRETRIAL DETENTION is recommended

~~(Personal Surety) (Corporate Surety) (Cash)~~ (Pre-Trial Detention)

By: _____
AUSA: JOHN C. McMILLAN

Last Known Address: _____

What Facility: _____

Agent(s): HSI SA DANIEL RICHICHI
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-8503-WM

UNITED STATES OF AMERICA,

                              Plaintiff,

vs.

FERNANDO ACUNA SALGADO, and
TERRA JEAN MILLER,

                              Defendant.
                                                        /

## CRIMINAL COVER SHEET

1.     Did this matter originate from a matter pending in the Miami Office of the United States Attorney's Office prior to July 20, 2008?

        Yes           X **No**

2.     Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office (West Palm Beach Office) only prior to December 18, 2011?

        Yes           X **No**

3.     Did this matter originate from a matter pending in the Fort Pierce Office of the United States Attorney's Office prior to August 8, 2014?

        Yes           X **No**

                                    Respectfully submitted,

                                    ARIANA FAJARDO ORSHAN
                                    UNITED STATES ATTORNEY

                     BY: _____
                                    JOHN C. McMILLAN
                                    ASSISTANT UNITED STATES ATTORNEY
                                    Admin. No. A5500228
                                    500 S. Australian Ave., Suite 400
                                    West Palm Beach, FL 33401
                                    Office:   (561) 820-8711
                                    John.mcmillan@usdoj.gov